ORIGINAL

RECEIVED
JAN 9 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Robeet Ingrum 07-12 L

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): John C. Carsey

Firm Name: Minton, Burton, Foster & Collins PC

Post Office Box: 1100 Guadalupe

Street Address: Austin TX 78701

City-State-Zip: 512-476-4873

Telephone & Facsimile Numbers: 512-479-8315-fax

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M

See attached sheet for three-digit codes.

Amount Claimed: $ 324,000.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.