ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN - 9 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ROBERT INGRUM** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **No.** 07- 12 L |
| **THE UNITED STATES OF AMERICA** | § | |
| *Defendant.* | § | |

**PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Robert Ingrum, Plaintiff, through his undersigned counsel, and gives notice that this case is directly related to a previously filed case, and would show as follows:

1) This case involves the same parties and the same causes of action as a previously filed case.

2) The directly related case was Cause No. 06-566L; *Robert Ingrum v. United States of America.* The case was assigned to The Honorable Mary Ellen Coster Williams. This case was dismissed without prejudice on December 19, 2006.

3) The current action is identical in every way to the previously filed case. It is Plaintiff's belief that assignment of this matter to The Honorable Mary Ellen Coster Williams will conserve judicial resources and promote an efficient determination of the actions due to her Honor's knowledge of the facts and legal issues presented during the pendency of the previous action.

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe
Austin, Texas 78701
(512) 476-4873
(512) 479-8315 (Fax)

By:______________________________
JOHN C. CARSEY
TEXAS STATE BAR NO. 03898800