**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT INGRUM** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | |
| | § | **No. 07-12L** |
| v. | § | |
| | § | **Hon. Mary Ellen Coster Williams** |
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| *Defendant.* | § | |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE MARY ELLEN COSTNER, UNITED STATES FEDERAL CLAIMS JUDGE:

Plaintiff Robert Ingrum files this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and would show this Court as follows:

1. Plaintiff requests that the time for filing Plaintiffs' Response to Defendant's Motion to Dismiss be extended for four weeks from March 23, 2007 to April 20, 2007.

2. No extensions have previously been requested to extend the time to file this response.

3. The Plaintiffs request this extension because the undersigned counsel for the Plaintiff has discovered that the Motion as presented on the Pacer System is illegible. Counsel for Defendant has provided the undersigned with a legible copy of said motion, but the undersigned now has other preexisting commitments that will prevent counsel from adequately briefing the case prior to the present deadline.

4. The undersigned has conferred with counsel for Defendant about Plaintiffs' request for an extension of time to respond to Defendants' Motion to Dismiss and he advised that Defendant does not oppose the motion to extend time to respond until April 20, 2007.

WHEREFORE, Plaintiff Robert Ingrum respectfully requests that this Court grant this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and extend the deadline for Plaintiffs' response to April 20, 2007.

Respectfully submitted,

**MINTON, BURTON, FOSTER & COLLINS**
A Professional Corporation
1100 Guadalupe Street
Austin, Texas 78701
512/476-4873 (telephone)
512/479-8315 (telecopier)

/s/ John C. Carsey
JOHN C. CARSEY
State Bar No. 03898800

***Attorneys for Plaintiff***