# In the United States Court of Federal Claims

**No. 07-12L**
**(Filed: March 22, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ROBERT INGRUM,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

On March 21, 2007, Plaintiff filed an unopposed motion for an extension of time of 28 days, to and including **April 20, 2007**, within which to file a response to Defendant's motion to dismiss. Good cause having been shown, this motion is GRANTED.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**