# In the United States Court of Federal Claims

**No. 07-12L**
**(Filed: July 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT INGRUM,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court conducted a telephonic status conference on July 16, 2007. As a result of the representations of the parties, the Court orders the following:

| | | |
|---|---|---|
| 1. | **November 19, 2007 at 10:30 am ET** | The Court will conduct a telephonic status conference. |
| 2. | **December 31, 2007** | Full discovery is authorized and shall be completed by this date. |
| 3. | **January 25, 2008** | Defendant shall file its renewed motion to dismiss. |
| 4. | **February 22, 2008** | Plaintiff will file his opposition to Defendant's motion to dismiss. |
| 5. | **March 7, 2008** | Defendant shall file its reply to Plaintiff's opposition. |
| 6. | **March 13, 2008 at 11:00 am ET** | The Court will conduct oral argument on the pending motion via telephone. |

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**