# EXHIBIT 1

234-99 18.00

RTC GF-DT-97C24204-LET:mm

Vol. 310 Page 602

# GENERAL WARRANTY DEED (ALL CASH)

**Date:** March 16, 1999

**Grantor:** CHANOSKY ESTATE TRUST

**Grantor's Mailing Address (including County):**
c/o Alan L. Wittenberg
8300 Douglas Avenue, Suite 800
Dallas, Texas 75225
In the County of Dallas

**Grantee:** ROBERT P. INGRUM and wife, MARGARET W. INGRUM

**Grantee's Mailing Address (including County):**
815 Castle Ridge
Austin, Texas 75225
In the County of Travis

**Consideration:**
TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration, ALL CASH paid to Grantor herein by Grantee herein, the receipt and sufficiency of which are hereby acknowledged and confessed.

**Property (including any improvements):**

DEPOSITION EXHIBIT 7 Ingrum 12-01-07 SG

Section 14, Block 2, TEXAS & PACIFIC RY. CO. A/9784
Section 15, Block 2, TEXAS & PACIFIC RY. CO. A/9785
Section 16, Block 2, TEXAS & PACIFIC RY. CO. A/9786
Section 17, Block 2, TEXAS & PACIFIC RY. CO. A/9787
Section 18, Block 2, TEXAS & PACIFIC RY. CO. A/9735

SAVE AND EXCEPT that portion within the right of way of State Highway No. 170, Presidio County, Texas.

**See the full legal description on EXHIBIT "A" attached hereto and made a part hereof.**

**Reservations from and Exceptions to Conveyance and Warranty:**
This conveyance is made and accepted subject to the following matters, to the extent same are in effect at this time, relating to the hereinabove described property: Restrictions of record, if any, Reservations of mineral and/or royalty interests of record, if any, Easements of record, if any, and to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, if any.

Grantee assumes all taxes for the year 1999 and subsequent years, said 1999 taxes prorated at the time of Closing as agreed.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, **grants, sells and conveys** to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, **to have and to hold** it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor hereby binds Grantor and Grantor's heirs, executors, administrators and successors to **warrant and forever defend** all and

singular the property to Grantee and Grantee's heirs, executors, administrators, successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty, only insofar as under the law the Trustees are authorized or permitted to bind the Trust by a warranty of title

Vol. 210 Page 603

**When the context requires, singular nouns and pronouns include the plural.**

CHANOSKY ESTATE TRUST

BY: [signature]
David Ritzwoller, Trustee

BY: [signature]
M. H. Herzfeld, Trustee

THE STATE OF TEXAS §
COUNTY OF ~~DALLAS~~ TARRANT §

This instrument was acknowledged before me on the 16 day of March, 1999, by DAVID RITZWOLLER, Trustee on behalf of the CHANOSKY ESTATE TRUST.

LARRY E. TOWNSEND
Notary Public
STATE OF TEXAS
My Comm. Exp. 03/16/2001

[signature]
Notary Public, State of Texas
Printed Name: ______
My Commission expires: ______

THE STATE OF TEXAS §
COUNTY OF ~~DALLAS~~ TARRANT §

This instrument was acknowledged before me on the 16 day of March, 1999, by M. H. HERZFELD, Trustee on behalf of the CHANOSKY ESTATE TRUST.

LARRY E. TOWNSEND
Notary Public
STATE OF TEXAS
My Comm. Exp. 03/16/2001

[signature]
Notary Public, State of Texas
Printed Name: ______
My Commission expires: ______

**AFTER RECORDING, RETURN TO:**
Mr. and Mrs. ROBERT P. INGRUM
815 Castle Ridge
Austin, Texas 75225

# *EXHIBIT "A"*

Vol. 310 Page 604

All of Survey No. 14, 15, 16, 17, and 18 in the TEXAS PACIFIC RAILWAY COMPANY, BLOCK NO. 2, situated in Presidio County, Texas per the corrected field notes of said surveys as surveyed March to May, 1957 by John F. Baker, Licence State Land Surveyor.

Beginning at the southerly corner of said Survey No. 14 in a line for the east bank of the Rio Grande River from which a stone mound with 3/4" iron found bears north 44 degrees-31 minutes-00 seconds east, 361 feet and a 1" iron set bears north 44 degrees-31 minutes-00 seconds east, 511-11/100 feet.

Thence northwesterly along the southwesterly line of said Survey No. 14, to and along the southwesterly line of said Survey No. 15, 16, 17, and 18, along a line for the east bank of the Rio Grande River, the following:

north 23 degrees-43 minutes-19 seconds west, 911-86/100 feet;
north 11 degrees-19 minutes-02 seconds west, 401-14/100 feet;
north 10 degrees-36 minutes-06 seconds west, 444-99/100 feet;
north 09 degrees-22 minutes-03 seconds west, 112-60/100 feet;
north 69 degrees-30 minutes-05 seconds west, 931-79/100 feet;
north 37 degrees-33 minutes-27 seconds west, passing at 186-37/100 feet the common westerly corner of said Surveys No. 14 and 15 from which a 1" iron set bears north 44 degrees-31 minutes-00 seconds east, 545-67/100 and south 45 degrees-29 minutes-00 seconds east, 9-29/100 feet continuing in all a distance of 377-10/100 feet;
north 26 degrees-34 minutes-48 seconds west, 415-20/100 feet;
north 16 degrees-45 minutes-08 seconds east, 1212-62/100 feet;
north 20 degrees-30 minutes-27 seconds west, 1160-36/100 feet;
north 49 degrees-43 minutes-53 seconds west, 173-66/100 feet;
south 85 degrees-57 minutes-14 seconds west, 175-69/100 feet;
north 57 degrees-15 minutes-59 seconds west, 185-51/100 feet;
north 87 degrees-47 minutes-03 seconds west, passing at 1-34/100 feet the common westerly corner of said Surveys No. 15 and 16 from which a stone marked 15-Y-16 with a 1" iron set on its northeast side bears north 44 degrees-31 minutes-00 seconds east, 232-75/100 feet continuing in all a distance of 326-48/100 feet;
north 10 degrees-00 minutes-52 seconds west, 217-29/100 feet;
north 01 degrees-48 minutes-37 seconds east, 490-96/100 feet;
north 00 degrees-04 minutes-24 seconds east, 182-69/100 feet;
north 10 degrees-53 minutes-10 seconds west, 1067-07/100 feet;
north 08 degrees-04 minutes-38 seconds east, 462-30/100 feet;

Vol. 310 Page 605

## EXHIBIT "A"

north 28 degrees-46 minutes-54 seconds west, 246-09/100 feet;
north 64 degrees-58 minutes-37 seconds west, passing at 420-38/100 feet the common westerly corner of said Surveys No. 16 and 17 from which a 1" iron set bears north 44 degrees-31 minutes-00 seconds east, 259-93/100 and south 45 degrees-29 minutes-00 seconds east, 3-08/100 feet continuing in all a distance of 528-20/100 feet;
north 78 degrees-21 minutes-26 seconds west, 623-70/100 feet;
north 33 degrees-42 minutes-27 seconds west, 124-83/100 feet;
north 15 degrees-30 minutes-16 seconds west, 329-82/100 feet;
north 45 degrees-01 minutes-07 seconds west, 142-45/100 feet;
north 01 degrees-06 minutes-09 seconds west, 163-66/100 feet;
north 40 degrees-27 minutes-53 seconds east, 252-30/100 feet;
north 30 degrees-47 minutes-26 seconds east, 326-01/100 feet;
north 14 degrees-06 minutes-15 seconds east, 299-64/100 feet;
north 30 degrees-19 minutes-50 seconds east, 109-42/100 feet;
north 72 degrees-33 minutes-39 seconds east, 257-98/100 feet;
north 25 degrees-36 minutes-18 seconds east, 152-46/100 feet;
north 19 degrees-02 minutes-38 seconds east, 300-86/100 feet;
north 24 degrees-12 minutes-26 seconds west, 476-12/100 feet;
north 33 degrees-48 minutes-12 seconds west, passing at 608-28/100 feet the common westerly corner of said Surveys No. 17 and 18 from which a 1" iron set bears north 44 degrees-31 minutes-00 seconds east, 214-84/100 and south 45 degrees-29 minutes-00 seconds east, 3-73/100 feet and another 1" iron set bears north 44 degrees-31 minutes-00 seconds east, 339-27/100 and south 45 degrees-29 minutes-00 seconds east, 2-88/100 feet continuing in all a distance of 796-65/100 feet;
north 29 degrees-47 minutes-39 seconds west, 531-59/100 feet;
north 34 degrees-42 minutes-19 seconds west, 229-10/100 feet;
north 52 degrees-16 minutes-06 seconds west, 277-00/100 feet;
north 49 degrees-55 minutes-17 seconds west, 295-76/100 feet;
north 54 degrees-43 minutes-25 seconds west, 241-12/100 feet;
north 46 degrees-47 minutes-24 seconds west, 324-68/100 feet;
north 26 degrees-12 minutes-48 seconds west, 259-81/100 feet;
north 41 degrees-16 minutes-47 seconds west, 244-22/100 feet;
north 23 degrees-31 minutes-40 seconds west, 130-12/100 feet for the common westerly corner of said Survey No. 18 and Survey No. 19 in said Block 2 from which a stone marked 18-Y-19 found bears 1443100 414-76/100 feet and a 1" iron set bears north 44 degrees-31 minutes-00 seconds east, 443-66/100 feet and south 45 degrees-29 minutes-00 seconds east, 0-49/100 of a foot.

Thence north 44 degrees-31 minutes-00 seconds east, along the northwesterly line of said Survey No. 18, a distance of 10540-60/100 feet to the northerly corner of said Survey No. 18.

## *EXHIBIT "A"*

Thence south 45 degrees-29 minutes-00 seconds east, along the northeasterly line of said Survey No. 18, a distance of 2663-33/100 feet to the easterly corner of said Survey No. 18.

Thence south 44 degrees-31 minutes-00 seconds west, along the southeasterly line of said Survey No. 18, a distance of 1267-82/100 feet to the northerly corner of said Survey No. 17.

Thence south 45 degrees-29 minutes-00 seconds east, along the northeasterly line of said Survey No. 17, s distance of 2663-33/100 feet to the easterly corner of said Survey No. 17.

Thence south 44 degrees-31 minutes-00 seconds west, along the southeasterly line of said Survey No. 17, a distance of 1200-67/100 feet to the northerly corner of said Survey No. 16.

Thence south 45 degrees-29 minutes-00 seconds east, along the northeasterly line of said Survey No. 16, a distance of 2663-32/100 feet to the easterly corner of said Survey No. 16.

Thence south 44 degrees-31 minutes-00 seconds west, along the southeasterly line of said Survey No. 16, a distance of 1314-44/100 feet to the northerly corner of said Survey No. 15.

Thence south 45 degrees-29 minutes-00 seconds east, along the northeasterly line of said Survey No. 15, a distance of 2670-49/100 feet to the easterly corner of said Survey No. 15.

Thence south 44 degrees-31 minutes-00 seconds west, along the southeasterly line of said Survey No. 15, a distance of 944-97/100 feet to the northerly corner of said Survey No. 14.

Thence south 45 degrees-29 minutes-00 seconds east, along the northeasterly line of said Survey No. 14, a distance of 2670-49/100 feet to the easterly corner of said Survey No. 14.

Thence south 44 degrees-31 minutes-00 seconds west, along the southeasterly line of said Survey No. 14, to and along the northwest line of Survey No. 13 in said Block 2, a distance of 11269-44/100 feet to the place of beginning and containing 3277-987/1000 acres .

*NOTE:* *THE COMPANY DOES NOT REPRESENT THAT THE ABOVE ACREAGE OR SQUARE FOOTAGE CALCULATIONS ARE CORRECT.*

RETURN TO: ROBERT P. INGRUM
815 CASTLE RIDGE
AUSTIN TX 75225

FILED FOR RECORD
AT 10:00 O'CLOCK A. M
ON THE 19th DAY OF Mar
A.D., 1999.

Brenda M. Silva

COUNTY CLERK, PRESIDIO COUNTY, TEXAS

BY Rosa Maria Villanueva DEPUTY

STATE OF TEXAS
COUNTY OF PRESIDIO
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Deed Records of Presidio County, Texas.

Brenda M. Silva
COUNTY CLERK,
PRESIDIO COUNTY, TEXAS

VOL. 310 PAGE 602-606
RECORDED 4-5-99

D 0026