# EXHIBIT 3

RTC GF-DT-97C24204-LET:mm

# AMENDMENT OF CONTRACT OF SALE

This is an AMENDMENT OF CONTRACT OF SALE to be attached to and made a part of that certain CONTRACT OF SALE dated 5-11-98, executed by the CHANOSKY ESTATE TRUST, by David Ritzwoller, Trustee and M. H. Herzfeld, Trustee, as Seller, and MR. AND MRS. BOB INGRUM (who will take title in their names: ROBERT P. INGRUM and wife, MARGARET W. INGRUM), as Buyer, on the following described property:

Reference is here made to said Contract for the description of tracts in Presidio County, Texas; and other properties described in said Contract,

and reference is here made to said Contract of Sale and any previous Addendums thereto, any exhibits attached thereto, and for the property as exactly set forth therein or by exhibit thereto, and for more complete terms and provisions therein.

NOTWITHSTANDING ANYTHING THAT MAY BE CONTAINED IN SAID CONTRACT TO THE CONTRARY, IT IS UNDERSTOOD AND AGREED THAT:

Page 2 of the Contract is hereby amended to omit:
"Wichita Falls, Texas - Vacant Lot........................................$ 1,000.00"
"Location: ALL BLK 18 SIBLEY TAYLOR
2301 BROAD ST.
WICHITA FALLS, TEXAS",
all being deleted from the Contract, and reducing the Contract Sales Price by $1,000.00.

Page 2, No. 3, A and C are amended to the amount of................. $100,997.40

It is agreed that the final Sales Price, however, is based upon the acreage as shown in the Survey dated September and December 1998, prepared by Don W. Hickey, Registered Professional Land Surveyor No. 1961, which shows the tract contains 3277-987/1000 (3277.987) acres X $30.00 per acre =.........................................$ 98,339.61

Nothing contained herein shall be construed as changing, altering or amending the terms or provisions or conditions of the above described contract, except as set out herein.

DATED the 16 day of March, 1999.

SELLER(S):

CHANOSKY ESTATE TRUST

BY: [signature]
David Ritzwoller, Trustee

BY: [signature]
M. H. Herzfeld, Trustee

BUYER(S): [signature]
Robert P. Ingrum

[signature]
Margaret W. Ingrum

DEPOSITION EXHIBIT 6 Ingrum