# EXHIBIT 5

RTC GF-DT-97C24204-LET:mm

# AFFIDAVIT REGARDING COMPLIANCE WITH CONTRACT OBLIGATIONS AND ACCEPTANCE OF PROPERTY

BEFORE ME, the respective undersigned authority, on the date set forth in the Combined Jurat and Acknowledgment, personally appeared DAVIS RITZWOLLER and M. H. HERZFELD, each acting as a Trustee on behalf of CHANOSKY ESTATE TRUST (hereinafter referred to as "Seller") and ROBERT P. INGRUM and wife, MARGARET W. INGRUM (hereinafter referred to as "Purchaser") known to me to be the persons whose names are subscribed hereto, and who, having been by me first duly sworn, on oath depose and say:

1. Pursuant to that certain Contract of Sale dated 5-11-98 (hereinafter referred to as the "Contract"), with reference here made to all Addendums and Assignment, Seller has agreed to sell, and Purchaser has agreed to purchase, the following described property:

Tracts in Presidio County, Texas;

Other as described in said Contract (as amended by Amendment of Contract)

(hereinafter referred to as the "Property").

2. Purchaser has inspected the Property prior to closing and does hereby agree to accept the Property in its present condition "AS IS", "WHERE IS" and "WITH ALL FAULTS". Except as expressly set forth in the Contract, Purchaser acknowledges that Seller has not made and does not make any warranties or representations as to the physical improvements on the Property or any appurtenances thereto, and Purchaser agrees to henceforth Seller harmless from any and all liability in connection with the condition of the Property.

3. If any real estate broker or agent are entitled to receive a commission in connection with the closing of this transaction, Purchaser further states he acknowledges that the real estate broker and/or agent have not in any manner represented the condition of the Property as such representation is specifically outside the expertise and experience of said real estate broker and/or agent, and Purchaser does hereby hold harmless said real estate broker and/or agent in connection therewith.

4. Seller and Purchaser hereby agree that any and all obligations, covenants, and conditions under the Contract which are required to be performed or met prior to closing have been completed to the satisfaction of both Seller and Purchaser, including, but not limited to, any inspections, repair obligations or due diligence items.

5. Any and all fees, expenses and prorations between Seller and Purchaser which may be required under the Contract, but are not reflected on the closing statements, shall be paid and transferred between the parties outside of closing.

6. Seller and Purchaser further acknowledge that they have executed this Affidavit willingly and of their own free volition, and hereby agree to indemnify, defend and hold harmless **RATTIKIN TITLE COMPANY** and **CHICAGO TITLE INSURANCE COMPANY** from any and all liability, loss, cost, expense, claim, action or cause of action, arising out of or in any connected with the subject matter of this Affidavit.

DEPOSITION EXHIBIT 3 Ingrum

**SELLER:**

David Ritzwoller, who is acting as Trustee on behalf of CHANOSKY ESTATE TRUST

M. H. Herzfeld, who is acting as Trustee on behalf of CHANOSKY ESTATE TRUST

**PURCHASER:**

Robert P. Ingrum

Margaret W. Ingrum

**COMBINED JURAT AND ACKNOWLEDGMENT**

THE STATE OF TEXAS §
§
COUNTY OF TARRANT §

This instrument was SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me on this the 16 day of March, 1999, by **DAVID RITZWOLLER**, who is acting as Trustee on behalf of CHANOSKY ESTATE TRUST.

LARRY E. TOWNSEND
Notary Public
STATE OF TEXAS
My Comm. Exp. 03/16/2001

Notary Public, State of TEXAS

## COMBINED JURAT AND ACKNOWLEDGMENT

THE STATE OF TEXAS §
§
COUNTY OF TARRANT §

This instrument was SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me on this the 16 day of March, 1999, by **M. H. HERZFELD**, who is acting as Trustee on behalf of CHANOSKY ESTATE TRUST.

LARRY E. TOWNSEND
Notary Public
STATE OF TEXAS
My Comm. Exp. 03/16/2001

Notary Public, State of TEXAS

## COMBINED JURAT AND ACKNOWLEDGMENT

THE STATE OF TEXAS §
§
COUNTY OF TRAVIS §

This instrument was SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me on this the 10th day of March, 1999, by **ROBERT P. INGRUM and wife, MARGARET W. INGRUM**.

KAREN L. SMITH
Notary Public, State of Texas
My Commission Expires
07-12-00

Notary Public, State of TEXAS