# EXHIBIT 6


DEPOSITION EXHIBIT
Sketch showing SURVEY NO. 14, 15, 16, 17 and 18 in BLOCK NO. 2 of the TEXAS AND PACIFIC RAILWAY COMPANY, situated in Presidio County, Texas.
We marked or referenced the corners as shown hereon.
Basis for bearings is true north at the southwest corner of survey No. 14 per solar observation.
Surveyed on the ground September and December 1998.
BROOKES BAKER SURVEYORS
TEX MEX BLOCK 2
SURVEY NO. 27
SURVEY NO. 22
SURVEY NO. 17
SURVEY NO. 13
SURVEY NO. 14 665.635 ACRES
SURVEY NO. 15 652.874 ACRES
SURVEY NO. 16 658.322 ACRES
SURVEY NO. 17 654.225 ACRES
SURVEY NO. 18 651.731 ACRES
SURVEY NO. 19
3277.987 ACRES
TEXAS & PACIFIC RAILWAY COMPANY BLOCK NO. 2
RIO GRANDE RIVER
PLACE OF BEGINNING ACCOMPANYING DESCRIPTION