# EXHIBIT 9



This cut is about 20 feet high and the pit covers about 35,000 sq. ft. At least $324,000. worth of material was removed from my land without my permission.

DEPOSITION EXHIBIT
10
Ingrum
12-10-07



This is what the Corps of Engineers did to my road. This is what the bottom of a lake looks like. This road was crowned before (high in the middle – low on sides). When the Corps of Engineers got through, they had created a lake – low in the middle – high on the sides. As of 22 February 05, the U.S. Border Patrol reports that if we have no more rain this road will be passable in 4-5 weeks. This means that the road has been impassable for the last 12 months. Thank you for ruining the road through my 3300 acre ranch. Before the road was passable almost all of the year.