**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROBERT INGRUM**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Case No. 07-12L**<br>**Judge Mary Ellen Coster Williams** |

**DECLARATION OF TERRY M. NORMAN**

1. I, Terry Michael Norman, am over 21 years of age and base this Declaration upon my personal knowledge.

2. During the period from June 19, 1978 to October 2, 2004, I was employed by the U.S. Border Patrol ("USBP"), at its Marfa, Presidio County, Texas, station ("Marfa Station") which is approximately 50 miles north, or northeast, of the U.S. border with Mexico.

3. In 1997, I held the position of Supervisory Border Patrol Agent with the USBP, a "first line" Supervisor position overseeing Border Patrol officers in the field, until I was promoted to Assistant Patrol Agent in Charge of Marfa Station on June 23, 1998. The position of Assistant Patrol Agent in Charge is considered to be a "second line" Supervisor position, overseeing the first line supervisors among other managerial duties. Although the title of my position changed on July 9, 2002 to Field Operations Supervisor, Marfa Station, my responsibilities and duties remained the same until I retired from the USBP on October 2, 2004, after serving 26 years with the Border Patrol.

Currently, I am not employed.

4. Marfa Station is responsible for patrolling an area encompassing approximately 4500 square miles. Its mission is to protect the U.S. border with Mexico, mainly by interdicting illegal immigrants and drug smugglers entering the United States after crossing the Rio Grande River. As a Supervisory Border Patrol Agent, I supervised Border Patrol officers patrolling the border with Mexico along the Rio Grande.

5. The USBP frequently patrols the approximately 40 miles of the unpaved section of River Road (Presidio County Highway FM 170) that generally runs in a north-south direction parallel to the Rio Grande River, from Chispa Road (FM 2017) to the north to Candelaria, Texas to the south. River Road crosses the property acquired by Mr. Ingrum from the Chanosky Estate, which is located about two miles north of Candelaria. See Ex. A (map submitted by Mr. Ingrum).

6. As a Supervisory Border Patrol Agent, I personally drove along River Road about two to three times per month until I was promoted in June 1998, and on many occasions crossed the property that Mr. Ingrum later purchased. I visited the area more frequently, about two to three times per week, during the time period when the military was working on the road from December 1997 to April 1998 (discussed below). Except after a seasonal, heavy rain, the existing road was passable more often than not.

7. After becoming an Assistant Patrol Agent in Charge in June 1998, until I retired on October 2, 2004, I patrolled River Road approximately once every other month, and regularly received reports on the road's condition. Except after a seasonal, heavy rain, the road was passable during the majority of the time.

8. In about 1997, a section of the road near the gauging station and cable crossing located to the south of the Chanosky property (later acquired by Mr. Ingrum) was washed out, requiring the construction of a by-pass route in early (i.e., January through April) 1998. See Exs. B and C. The photographs in Exhibit B were taken on December 4, 2007, during a site visit that I made with two current USBP employees (see paragraph 21, below). Ex. C is comprised of two maps that I prepared by labeling a DeLorme 3-D map on computer; the heavy lines outlining angled rectangles show the approximate boundaries of certain sections of the former Chanosky Estate (T&P Block 2, Sections 14-18) that Mr. Ingrum bought in 1999, and the line extending north to northwest from Capote Creek shows the approximate location of the by-pass route installed in 1998.

9. Before the by-pass was constructed in 1998, the USBP usually accessed River Road from Chispa Road to the north, rather than from Candelaria to the south. After the by-pass and other improvements were made to the road in 1998, the USBP could access River Road from both directions, but mainly approached the road from the south, through Candelaria, which is closer by road to USBP's Marfa Station.

10. In 1997, I was assigned the additional task of serving as the liaison between the USBP and the military's Joint Task Force-6 ("JTF-6"), which agreed to improve River Road at the request of the USBP. In that capacity, among other duties, I photographed River Road from about Chispa Road south to Candelaria via a USBP helicopter in 1997 (see Ex. D).

11. Ex. D is comprised of selected photographs that I took in 1997 from the USBP helicopter flying along the Rio Grande River, and later labeled for this litigation to show landmarks on the ground. The photograph labeled, "River Road Photo-57"

(US00705), was taken looking south toward Candelaria, which can be seen near the top right corner of the picture; Mexico is to the right (west) of the river and the United States to the left (east). The photograph labeled, "River Road Photo-55" (US00707), shows where the old River Road (thin white line at the base of the hill) was washed out by the river just north of the Cable Crossing. Section 14 of the former Chanosky property begins near the bottom third of the photograph labeled, "River Road-54" (US00708); for orientation purposes, the old River Road washed out just beyond where the river runs out of view on the upper right of the picture. More of the southern parts of the former Chanosky property can be seen in the top half of the photograph labeled, "River Road Photo-52" (US00710), which also shows how River Road passes through low-lying areas adjacent to the Rio Grande and is vulnerable to flooding; the farm labeled "Rancho Quinten" in Photo-52 is located in Mexico. The area of the future borrow site involved in this litigation can be seen in the photograph labeled, "River Road Photo-50," and it is the flat, irregularly-shaped, area in the center of the photograph, immediately adjacent to River Road.

12. For the 1998 road project, I also served as the liaison with property owners whose property is crossed by the River Road right-of-way held by Presidio County. In that capacity, I mapped each section by property owner, and contacted the owners as necessary. At that time (1997-1998), the property Mr. Ingrum acquired was owned by the Chanosky Estate, and I had contacted an attorney for the Estate, Mr. Wittenberg.

13. As mentioned above, because the southern part of River Road just north of Capote Creek had washed out, JTF-6 in 1998 constructed the "by-pass" route that runs upland further east from the river after it crosses Capote Creek (see Ex. C) when

travelling north on from Candelaria. The by-pass then curves northwesterly, running down a slope to join the "old" River Road, just south of the Chanosky property that Mr. Ingrum acquired. Id.

14. Ex. E is a photograph that I took on March 13, 1998 showing JTF-6 personnel removing material from the borrow site on the Chanosky property.

15. Heavy rain during the summer 1998, washed out some of the roadwork, especially over culverts. River Road still remained accessible from the north more often than not, however. JTF-6 returned to the area in 1999 to repair the road.

16. In 1999, I again served as the USBP liaison to JTF-6 and to the public for the road improvement project. In about February 1999, the attorney for the Chanosky Estate, Mr. Wittenberg informed me that Mr. Ingrum was in the process of acquiring the Chanosky property at that time. So, I contacted Mr. Ingrum through Mr. Wittenberg, to obtain a Right of Entry (ROE) from Mr. Ingrum. Mr. Ingrum informally granted permission to do roadwork on the property by a note dated February 26, 1999 (see Ex. F at US00672), and he completed a ROE form dated March 13, 1999 (id. at US 00670-71), but Mr. Ingrum did not indicate whether or not material could be used from the property for the road. See id. at US00671, ¶ 6.

17. Exhibit G is comprised of selected photographs of the JTF-6 work crews that I took in March 1999. In 1999, JTF-6 built cement culverts (see Ex. G at US00938, US00944-45), or cement road segments (id. at US00956) over areas damaged in 1998 by rain water flowing in otherwise dry creeks that led from the hills east of the road to the Rio Grande River to the west. When this work was completed, River Road again became accessible from the south through Candelaria, except after a heavy rain when sections

still would temporarily flood. As mentioned above, the road remained accessible from the north more often than not.

18. For approximately two years after the 1999 improvements were completed, through about 2001, Presidio County maintained River Road using a road grader to keep it suitable for use by standard, four-wheel drive vehicles (even though I drove a four-wheel drive vehicle, I often engaged only two-wheel drive when driving along the road).

19. In 2002, I was able to use my personal vehicle, a Jeep, to travel the length of River Road from Chispa Road to Candelaria, including the stretch of road that runs across Mr. Ingrum's property, without difficulty.

20. From April 1999 to October 2004, certain sections of the road to the south of Mr. Ingrum's property still would temporarily flood after a seasonal, heavy rain, but usually would dry out sufficiently to drive a vehicle across within about four weeks, depending on the season. However, most often River Road, including the section of road that runs across Mr. Ingrum's property, would remain accessible from the north, even after a heavy rain.

21. As noted above in paragraph 8, on December 4, 2007, I joined two current USBP employees (Assistant Chief Patrol Agent Dan Harris and Attorney Kathryn Price) from the Marfa Sector (a 115,000 square mile area that includes Marfa Station) on a site visit to River Road to locate the "pit" that Mr. Ingrum describes in his complaint. Although the road was passable by vehicle, we chose to walk the road from just south of Mr. Ingrum's property, northward, to the approximate northern boundary of T&P Block 2, Section 16 of Mr. Ingrum's property. See Ex. H. The photographs in Ex. H, which were taken by Mr. Harris in my presence, show that the road was dry and passable.

22. During the December 4, 2007 site visit, we were able to see the excavated area to the east from the road, in plain view, without using binoculars or other means of magnification. See Ex. H at US00992. The photograph in the left panel of US00992 was taken from River Road looking east, while the photograph in the right panel shows me standing in the foreground near the excavated area. Id. This area is the same site where borrow material was removed during the 1998 improvement project that appears in the photograph at Ex. E.

23. As can be seen from the photographs in Exs. E and H (at US00992), rather than digging a pit down into the ground, material for the road was removed from the side of the hill.

24. I have no personal knowledge whether material was again removed from the site depicted in Exs. E and H (at US00992), during the 1999 road improvement project.

I certify, under penalty of perjury, that the foregoing statement is true and correct. Executed on this 18th day of January, 2008.

T. Norman

Terry M. Norman

# EXHIBIT A




DEPOSITION EXHIBIT
1
Ingram
SW 12-16-07

# EXHIBIT B

Previous to the government's work on the bypass road, the River Road ended at the International Boundary Water Commission's cable crossing as shown below (WP "CABLE").





# EXHIBIT C




Capote Creek To End Section 15 app. 4.5 miles


T&P Blk 2 Sec 17
T&P Blk 2 Sec 16
T&P Blk 2 Sec 15
T&P Blk 2 Sec 14
start Sec 18
start Sec 17
start Sec 16
start Sec 15
start Sec 14
end Sec 15
end Sec 14
start Sec 14
GILL
RIO GRANDE
BRAVO
006
Borrow Pit
005
marine pit 2
007
004
003 Wire Gap
008 Rock Overhang
002 marine pit 1
001
009 Burned Truck
Cerros Colorados
010 end bypass
end of bypass
011 by pass bridge
UNITED STATES OF AMERICA
ESTADOS UNIDOS MEXICANOS
CABLE
013
Gaging Sta
Cementerio
start bypass
2920
DELORME
© 2002 DeLorme. 3-D TopoQuads ®. Data copyright of content owner.
www.delorme.com
Scale 1 : 25,000
1" = 2080 ft