# EXHIBIT D




River Road Photo-57.tif



US00707

River Road Photo-55.tif



River Road Photo-54.tif




US00710

River Road Photo-52.tif



US00712

River Road Photo-50.tif

# EXHIBIT E




US00927

# EXHIBIT F

# MILITARY CONSTRUCTION, TRAINING AND OPERATIONS RIGHT-OF-ENTRY PERMIT

JTF-6

Contract No. ____________

Owner: ____________

County and State: *Presidio / Texas*

Property Description:
*T&P Block # 2, Section 14,15,16,17,18*

The undersigned, hereinafter called the "Owner" hereby grants to the UNITED STATES OF AMERICA, hereinafter called the "Government", a right-of-entry permit upon the following terms and conditions:

1. The Owner hereby grants to the Government the right to enter upon the lands hereinafter described ("the land") at any time within the following period: *February 1, 1999* through *December 31, 1999*, in order to carry out military training and operations on said lands by the Government.

   a. The purpose of the work is for military training and operations.

   b. Construction in connection with the use of this site will include : *Re-Construct and improvement of Presidio County River Road from Candelaria, Texas to Chispa Road intersection.*

Restoration of the areas involved in the construction is not required and is waived by the Owner.

   c. The use of military equipment, including tracked and wheeled vehicles, aircraft, aircraft flights, and/or landings in and over this land may be involved as a part of this military training operation.

   d. The property may be used for bivouac and logistical support.

   e. If required by Federal or state law, the Government has the right to conduct environmental studies on the land.

2. The permit includes the right of ingress and egress on other lands of the Owner not described below, provided such ingress and egress is necessary and not otherwise conveniently available to the Government.

3. All tools, equipment, and other property taken upon or placed upon the land by the Government shall remain the property of the Government and may be removed by the Government at any time within a reasonable period after the expiration of this right-of-entry permit.

# MILITARY CONSTRUCTION, TRAINING AND OPERATIONS
## RIGHT-OF-ENTRY PERMIT

4. The Government agrees to be responsible for damages arising from the activity of the Government, its officers, employees, or representatives on said land, in the exercise of rights under this right-of-entry permit, either by repairing such damage, or at the option of the Government, by making appropriate settlement with the Owner in lieu thereof, to the extent permitted under Federal Laws as may be determined by a Federal Court of competent jurisdiction. None of the Construction completed under 1.b. of this permit will be considered damaged property and no claim for restoration will be made in connection therewith, as provided for in 1.b.

5. The Owner shall not be responsible or liable for injuries to persons or damage to property when such injuries or damage are caused by or result from the Government's use of the premises under the terms of this agreement and are not due to the negligence of the Owner.

6. The Owner (does/does not) grant the Government the right to use any buildings, timber or any other products of the land.

7. This permit may be terminated by either party upon 30 days written notice.

8. Notice of Termination or Claims shall be mailed to the Government at the address noted below and to the Owner at the address shown hereon.

9. The land effected by this right-of-entry permit is located in the State of *Texas* County of *Presidio*, and is described as follows: *T&P Block #2, Section 14,15,16,17,18*

(Where the description is not available, attach a Map with the property specifically labeled and outlined in RED.)

. The following additional restrictions on use of the land will apply: ______

WITNESS my hand this 13 day of March, 1999.

Charlotta Byfield
Witness

Robert P. Langer
Owner' Signature

Owner's Name

(512) 327-5753
Owner's Telephone Number

5450 W. Bee Cave Rd
Owner's Address
Austin, Texas 78746



US00671

26 FEB 99

ATTN: MR. ALAN WITTENBERG:

PERMISSION GRANTED TO DO ROADWORK ON THE PROPERTY IN PRESIDIO COUNTY, TEXAS

[signature]
Margaret Ingram