# EXHIBIT G




US00938




US00944




US00945



US00956

# EXHIBIT H

We left the car at the top of the hill shown below & hiked approximately 1.5 miles to try to locate the "borrow pit" at issue.  Recent car tracks show that the road has been used.



Although muddy in a couple of small areas, the road was dry as depicted in the photographs below.





As we walked along, we passed this abandoned truck (WP 29/picture is taken headed back to truck or east) and then came to the wash area depicted on the right (WP 20).





We crossed a dry creek bed (WP 23) and then arrived at a potential “borrow pit” (WP 24) as shown below. It is a distance of about 1.51 miles from the point where the bypass road meets up with the overgrown, and almost completely obscured old River Road (WP 31) to this point.



