IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ROBERT INGRUM** <br> **Plaintiff,** <br> v. <br> **UNITED STATES OF AMERICA,** <br> **Defendant.** | ) | **Case No. 07-12L** <br> **Judge Mary Ellen Coster Williams** |

**DECLARATION OF HUMBERTO HERNANDEZ**

1. I, Humberto Hernandez, am over 21 years of age, and base this Declaration upon my personal knowledge, and make it upon my own free will, without any direction or coercion by anyone within the U.S. Border Patrol ("USBP"), Department of Homeland Security, or any other federal agency.

2. I joined the USBP as a Border Patrol Agent in January 1997, working out of the Marfa, Texas Station. I was a Border Patrol Agent until 2001, when I was promoted to the position of Senior Patrol Agent, which is the position that I hold today.

3. As both a Border Patrol Agent and a Senior Patrol Agent I have been responsible for interdicting illegal aliens and drug smugglers along the U.S. border with Mexico. To carry out that mission, since joining the USBP in 1997 and continuing to today, I have used the approximately 40 miles of an unpaved section of River Road (Farm-to-Market, or FM, 170) that extends from Candelaria, Texas north and ends at Chispa Road (FM 2017), near the line separating Jeff Davis County and Culberson County, Texas. As I describe in more detail below, during the approximately eleven years that I have been using this 40-mile section of River Road,

I have found that the road is passable more often than not, with the exceptions occurring after seasonal, heavy rains. During the time period from 1997 to late 2003, I did not use any special vehicle to patrol the road, such as an All Terrain Vehicle ("ATV") or a Humvee, but would use Marfa Station's fleet of standard four-wheel drive vehicles such as Ford Expeditions, Chevy Suburbans, and Chevy Tahoes. Marfa Station acquired a Humvee in late 2003 or early 2004, and I only occasionally use it to patrol River Road, more often using a standard four-wheel drive vehicle which is sufficient to patrol the road (even today).

4. During 1997, I patrolled the unpaved section of River Road at least weekly, sometimes as often as three to four times a week. At that time, I accessed River Road from the north, via Chispa Road, and patrolled traveling southward toward Candelaria. South of the land later bought by Mr. Ingrum, the road washed out or eroded away during approximately mid-1997, just north of the cable crossing, rendering it impassable at that point. The section of road lost to erosion ran on a narrow piece of land situated between the Rio Grande River to the west and the face of a rock wall to the east.

5. In 1998, the military (Joint Task Force-6, or "JTF-6"), constructed a by-pass route upland, around the section that had eroded away. JTF-6 also improved other sections of the road at that time. In 1998, JTF-6 excavated material from the side of a hill located on the property that Mr. Ingrum would later buy. A picture of the site is attached as Ex. A.

6. After the by-pass was built in 1998, I patrolled River Road at least two to three times a week, accessing the road from Candelaria to the south, and traveling northward, passing the property that Mr. Ingrum would later buy, and continuing to Chispa Road to the north. The excavation site was (and remains) in plain view from the road, and I would use the excavation

site as a landmark when on patrol, especially at night because it reflects light from a search light. After some heavy rains in about mid-1998, the road needed repairs, and JTF-6 returned in early 1999. Until repaired, I again had to access River Road from the north, via Chispa Road.

7. JTF-6 repaired River Road in 1999 by cementing over some low-lying areas of the road and improving the grade of the hill where the by-pass road comes off the upland to join the low-lying road to the northwest, near the Rio Grande just south of Mr. Ingrum's property.

8. After the 1999 improvements, the road was again passable from both directions – from the south through Candelaria and from the north via Chispa Road. Except when on detail, I continued to patrol the road at least two to three times a week from 1999 through 2003, using the excavation site on Mr. Ingrum's property as a landmark. During this time period, I was on detail as an instructor at the USBP's academy in Charleston, South Carolina from about May to September 2000, and was occasionally assigned to other, two-week details. (Several years later, from May 17, 2006 to July 1, 2006, I was assigned to a detail in Arizona.)

9. At times, after the 1999 road work, sections of the road would become impassable after a heavy rain, but more often than not, the road was passable from both the southern and the northern approaches. Also, after most rains except the heaviest, even if the road was not passable from the southern approach, it remained accessible from the north, via Chispa Road, and would be passable to Mr. Ingrum's property.

10. After JTF-6 improved the road in 1999, until about 2001, River Road was maintained by Presidio County. But after the County stopped maintaining the road, its condition began to deteriorate. Although not in as good condition as it was during the years 1999 to 2001, since 2001, the road has remained passable more often than not.

11. Since 2004, I have continued to patrol River Road about once or twice a month (the frequency of my patrols changed because of my newly-assigned duties and commitments and not because of the condition of the road). As before, after most rains the road is accessible from the north via Chispa Road, and is passable southward to Mr. Ingrum's property.

12. Since 1999 through 2005, Mr. Ingrum frequently called the USBP's Marfa Station to ask about the condition of River Road (on at least one occasion, Mr. Ingrum called me at my residence). The Marfa Station and Marfa Sector phone numbers where I could be reached are 432-729-4250 and 432-729-5200, respectively (the area code previously was 915). During this time period, 1999-2005 (except when on detail, as noted in paragraph 8, or on leave), I estimate that I spoke with Mr. Ingrum on average at least once a month, or about 60 times total, regarding the condition of the road. The actual frequency of my conversations with Mr. Ingrum varied of course — sometimes I would speak with him several times a week. I would respond to Mr. Ingrum's questions about the condition of the road only if I personally had patrolled the road by his property, or if another agent had reported the condition of the road to me after he or she had patrolled that section of the road. Sometimes I would call Mr. Ingrum to report on the condition of the road after patrolling it by his property.

13. From 1999 to late 2003, about 75% of the times that I reported on the road's condition to Mr. Ingrum, I reported that the road was passable. In other words, on many occasions I reported to Mr. Ingrum that the road was passable during 1999 to late 2003. After about 2003, the frequency of favorable reports to Mr. Ingrum indicating that the road was passable declined, as the condition of the road began to deteriorate due to flooding, especially along low-lying areas on the southern end of Mr. Ingrum's property. As noted above, however, even when River Road is not accessible from the south, more often than not it is accessible from the north, via Chispa

Road.

I certify, under penalty of perjury, that the foregoing statement is true and correct.

Executed on this 22 day of January, 2008.

Humberto Hernandez

# EXHIBIT A




US00927