# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT INGRUM | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | |
| | § | No. 07-12L |
| v. | § | |
| | § | Hon. Mary Ellen Coster Williams |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| *Defendant.* | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE MARY ELLEN COSTNER, UNITED STATES FEDERAL CLAIMS JUDGE:

Plaintiff Robert Ingrum files this Unopposed Motion for Extension of Time to Respond to Defendant's Renewed Motion to Dismiss and would show this Court as follows:

1. Plaintiff requests that the time for filing Plaintiffs' Response to Defendant's Renewed Motion to Dismiss be extended from February 22, 2008 to February 25, 2008.

2. No extensions have previously been requested to extend the time to file this response.

3. The Plaintiff requests this extension because the Notice of Electronic Filing designated that the Plaintiff's response was due by "2/25/08". A true and correct copy of said Notice is attached hereto as Exhibit A and incorporated herein by reference. Upon receipt of the Notice the undersigned counsel for the Plaintiff calendared the answer deadline on 2/25/08. On Saturday, February 23, 2008, counsel for Defendant notified the undersigned that the Scheduling Order in

this case set the deadline for response on 2/22/08. Plaintiff has prepared his Response and is filing it on 2/25/08.

4. The undersigned has conferred with counsel for Defendant about Plaintiff's request for an extension of time to respond to Defendants' Renewed Motion to Dismiss and he advised that Defendant does not oppose the motion to extend time to respond until February 25, 2008.

WHEREFORE, Plaintiff Robert Ingrum respectfully requests that this Court grant this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and extend the deadline for Plaintiffs' response to February 25, 2008.

Respectfully submitted,

**MINTON, BURTON, FOSTER & COLLINS**
A Professional Corporation
1100 Guadalupe Street
Austin, Texas 78701
512/476-4873 (telephone)
512/479-8315 (telecopier)

/s/ John C. Carsey
JOHN C. CARSEY
State Bar No. 03898800

***Attorneys for Plaintiff***

EXHIBIT A

John Carsey

**From:** uscfc_cmecf@ao.uscourts.gov
**Sent:** Friday, January 25, 2008 4:22 PM
**To:** uscfc_cmecf@ao.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00012-MCW INGRUM v. USA Motion to Dismiss - Rule 12(b)(1)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**US Court of Federal Claims**

**United States Court of Federal Claims**

## Notice of Electronic Filing

The following transaction was entered by Trauben, Bruce on 1/25/2008 at 5:21 PM EST and filed on 1/25/2008
**Case Name:** INGRUM v. USA
**Case Number:** 1:07-cv-12
**Filer:** USA
**Document Number:** 15

**Docket Text:**
MOTION to Dismiss pursuant to Rule 12(b)(1), filed by USA.**Response due by 2/25/2008.** (Attachments: # (1) Exhibit 1 (General Warranty Deed 3-16-99)# (2) Exhibit 2 (Excerpts from Ingrum Tr. 12-10-07)# (3) Exhibit 3 (Amend Contract of Sale 3-16-99)# (4) Exhibit 4 (Prop Earnest Money Contract & Cov Letter)# (5) Exhibit 5 (Affidavit re Compliance with Contract 3-16-99)# (6) Exhibit 6 (Map of T&P Blk 2 Secs 14-18)# (7) Exhibit 7 (Pltf's Resp to Interrogatories 10-17-07)# (8) Exhibit 8 (Pltf's Suppl Responses to Interrogs 11-14-07)# (9) Exhibit 9 (Photographs taken by Plaintiff)# (10) Affidavit Norman Declaration (Part 1 of 3)# (11) Affidavit Norman Declaration (Part 2 of 3)# (12) Affidavit Norman Declaration (Part 3 of 3)# (13) Affidavit Hernandez Declaration)(Trauben, Bruce)

**1:07-cv-12 Notice has been electronically mailed to:**

John C. Carsey jcarsey@mbfc.com

Bruce Kenneth Trauben bruce.trauben@usdoj.gov, EFILE_NRS.ENRD@USDOJ.GOV, felecia.lesesne@usdoj.gov

**1:07-cv-12 Notice will NOT be delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-0]
[2b59758d75514fff229c940b0938efe6aacb16bddd010188e6daa0f2982417bc30c4
099f62d16fc55fad12361a9496ee323b753ff27cfebc6c39aae1a8eca8d9]]
**Document description:**Exhibit 1 (General Warranty Deed 3-16-99)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-1]
[8281d68cd23a60179f8196ad39218a9ecba58e0e096cfe61f2320f7b00bff5a91db5
3bd88ddac565c19b15c06adc7405ed53408d83f836b418cc1856fdbb934e]]
**Document description:**Exhibit 2 (Excerpts from Ingrum Tr. 12-10-07)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-2]
[86dd91b7d379b964a45b897384e123e925c80e43bb9ec8a3b5c58c71bd08aa11cbea
8a9839382a33f1c7bbbcbf3ea0a9f3c1398d9fb08d65eee4506ef625cead]]
**Document description:**Exhibit 3 (Amend Contract of Sale 3-16-99)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-3]
[185fdcffa6ebbe2273f01ff7224058d9e94a70d00984dfc6194224baefe20d6fc10c
5e316fea69afcf0ade1a4ba68c90d481fe4b70a97d7a13fd24e22c74f4f9]]
**Document description:**Exhibit 4 (Prop Earnest Money Contract & Cov Letter)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-4]
[77c3760021b8ebae6cbdf782e93e1fc206fa4c09bd83a893ab06693a2893a7d18151
72f72d3c5e9c22f690f7bb015d110f92c61758a70bbc5cba3f38120ca8d9]]
**Document description:**Exhibit 5 (Affidavit re Compliance with Contract 3-16-99)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-5]
[0c65279fbc8e7b542067794777e87dbe36a555f46335eee5d16d11f1f0db9ff4330d
cc150291e933b9694160fc4f97d3bd16f2a93902bd9b77659c0bc6f147db]]
**Document description:**Exhibit 6 (Map of T&P Blk 2 Secs 14-18)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-6]
[814db87b37b1d880a5005989292e7c521184634c446c4bc3437cc9c61bdf2120d445
eadc266329feb17e79b8e2f0b08c0797d17223b9d614665a1c585f7e7231]]
**Document description:**Exhibit 7 (Pltf's Resp to Interrogatories 10-17-07)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-7]
[1029f9684aee8c8fb72792074ad52ea48827506e1f1f300cd339d029503a632cbb12
f3a7b56d53f2e902f26c4023462645f4cef7d8474ea4393c5a7326996f6a]]
**Document description:**Exhibit 8 (Pltf's Suppl Responses to Interrogs 11-14-07)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-8]

[0f35f08e1c29d58b775fbc06c70029f2b0a6b69864f69e053f4d1464209ba4f1aeec
1917d2115f05f4b3ef22a24ee5a3781bea9a534677581bc6c6a2f6baf5ac]]
**Document description:**Exhibit 9 (Photographs taken by Plaintiff)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-9]
[76565c6eb120f7c900d7279a3c7a787a7c17480e3b67af80da23bac62303fbec0d4e
a6d155ec426246d0aebd347ea876c5d36c898d4648845d12c95421a30eef]]
**Document description:**Affidavit Norman Declaration (Part 1 of 3)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-10
] [99a183459c4943f2ce9f444c85d5fc82117eb0182875bb0ffd367cf7442ea041bd4
e29a899bd406b94dd047931f28d74b66b78a4864a7f8ef33be9d3fc3ef2ce]]
**Document description:**Affidavit Norman Declaration (Part 2 of 3)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-11
] [2d7838fb84aba3ff552c13ad5f14064a38cfd919cfcf1d90353997e414ce17f2bbc
a7c7f1287c0fa156cd471e9f66737a648cf79e8ce558a9b5c6439fe2eb2af]]
**Document description:**Affidavit Norman Declaration (Part 3 of 3)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-12
] [2fe220906fb5b8c73a2e3801cf3248e474c53e6677da7326c3615ba710b2a8a39f4
9340ba32b6010841ed633b82ec8b1de555103e23a76ff6e273d9f9f1bfdeb]]
**Document description:**Affidavit Hernandez Declaration
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=1/25/2008] [FileNumber=547153-13
] [09263270683d8b7f7e6cef3ba28a04e934e0672c4caa9765bcf9b4210cf55f204a4
1cc564fa094f1b8312208d2067c18c41c1d64d26cedc6dc984dd053b0c396]]