# In the United States Court of Federal Claims

**No. 07-12L**
**(Filed: February 26, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ROBERT INGRUM,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

On February 25, 2008, Plaintiff filed an unopposed motion for an extension of time to respond to Defendant's motion to dismiss, filed on January 25, 2008. According to the Court's scheduling order, Plaintiff's response was due on February 22, 2008. However, the automatic e-mail from the Court's CM/ECF system indicated that Plaintiff's response was due on February 25, 2008. Plaintiff has also concurrently filed its response on February 25, 2008, out of time. In light of these circumstances, Plaintiff's motion for extension of time is **GRANTED**, and his response is accepted for filing.

Because the Court has granted Plaintiff's motion for enlargement of time, Defendant's deadline for filing its reply shall be extended to **March 10, 2008.** Telephonic oral argument, previously scheduled for March 13, 2008, shall instead take place on **April 2, 2008, at 11 a.m. EST**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**