**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT INGRUM** | § | |
| | § | |
| *Plaintiff*, | § | **No. 07-121** |
| | § | |
| v. | § | |
| | § | **Hon. Mary Ellen Coster Williams** |
| | § | |
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S MOTION TO SUPPLEMENT RESPONSE TO DEFENDANT'S RENEWED MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Robert Ingrum ("Plaintiff"), through his undersigned counsel, and moves to supplement his Response to The United States of America's ("Defendant") Renewed Motion to Dismiss, and in support would show as follows:

**I.**

1.1 Plaintiff desires to supplement his Response with the following documents:

A. One page statement of Atanacio Baeza, attached hereto as Exhibit "A" and incorporated herein by reference the same as if fully set forth at length; and

B. Two photographs depicting the south entrance to Plaintiff's property in its typical impassable condition, attached hereto as Exhibits "B" and "C" and incorporated herein by reference the same as if fully set forth at length .

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Robert P. Ingrum, prays that his Response be supplemented with the referenced attachments.

Dated this 28th day of March, 2008.

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe Street
Austin, Texas 78701
512/476-4873 (telephone)
512/479-8315 (telecopier)

/s/ John C. Carsey
JOHN C. CARSEY
State Bar No. 03898800

***Attorneys for Plaintiff***

# EXHIBIT A

To whom it may concern;

My name is Atanacio Baeza I run cattle on the R.P Ingrum property four miles up the river from Candelaria ,Texas . I was raised on this ranch next door this river road was impassible all of last year until late November and generally has been impassible for the last several years due to the standing water at the entrance of the property.

Thank you

Atanacio Baeza

EXHIBIT B



EXHIBIT C

