# In the United States Court of Federal Claims

**No. 07-12 L**

**ROBERT INGRUM**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Order, filed April 28, 2008, granting defendant's renewed motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed for lack of jurisdiction.

John S. Buckley
Acting Clerk of Court

April 30, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.