ORIGINAL

FILED
JUN 20 2008
U.S. COURT OF FEDERAL CLAIMS

## United States Court of Federal Claims

**Case Number 07-12L**

ROBERT INGRUM, Plaintiff,

v.

UNITED STATES, Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that Robert Ingrum, plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the order dismissing his claims as time-barred entered in this action on April 28, 2008.

Respectfully submitted,

John C. Carsey
State Bar No. 03898800
**Minton, Burton, Foster & Collins**
A Professional Corporation
1100 Guadalupe Street
Austin, Texas 78701
(512) 476-4873 Telephone
(512) 479-8315 Facsimile

**ATTORNEY FOR PLAINTIFF**
**ROBERT INGRUM**